# EXHIBIT C

# CCME: Davis Partnership LP Losses

## PURCHASES

| Date | Shares | Share Price | Amount Paid |
|---|---|---|---|
| 2/2/2011 | 2,900 | $16.87 | $ 48,923.00 |
| 2/2/2011 | 1,900 | $16.87 | $ 32,053.00 |
| 2/1/2011 | 100 | $16.54 | $ 1,654.00 |
| 2/1/2011 | 100 | $16.55 | $ 1,655.00 |
| 2/1/2011 | 3,966 | $17.00 | $ 67,422.00 |
| 2/1/2011 | 2,034 | $17.00 | $ 34,578.00 |
| 2/1/2011 | 200 | $16.55 | $ 3,310.00 |
| 2/1/2011 | 2,581 | $16.55 | $ 42,715.55 |
| 2/1/2011 | 19 | $16.55 | $ 314.45 |
| 2/1/2011 | 1,000 | $16.55 | $ 16,550.00 |
| 1/12/2011 | 27,500 | $17.75 | $ 488,125.00 |
| 1/13/2011 | 5,000 | $18.74 | $ 93,700.00 |
| 1/18/2011 | 5,000 | $19.11 | $ 95,550.00 |
| 1/20/2011 | 5,000 | $19.91 | $ 99,550.00 |
| 1/21/2011 | 10,000 | $19.75 | $ 197,500.00 |
| 1/24/2011 | 5,000 | $19.26 | $ 96,300.00 |
| 1/31/2011 | 20,000 | $18.84 | $ 376,800.00 |
| 2/1/2011 | 10,000 | $16.64 | $ 166,400.00 |
| 2/2/2011 | 10,000 | $16.66 | $ 166,600.00 |
| 2/3/2011 | 20,000 | $14.41 | $ 288,200.00 |
| 2/28/2011 | 8,000 | $14.14 | $ 113,120.00 |

Total Shares Acquired: 140,300   Total Amount Paid: $2,431,020.00

## SALES

Total Shares Sold: 0   Total Amount Sold: $0.00

Net Shares Acquired: 140,300   Net Amount Paid: $2,431,020.00

90-Day Mean Share Price After Last Day of Class Period: $11.88

Value of Net Shares Acquired Using 90-Day Mean Share Price: $1,666,764.00

Net Loss Based on Net Amount Paid Minus Value of Net Shares Using 90-Day Mean Share Price: $764,256.00

# CCME: Davis Partnership LP Losses

## PURCHASES

| Date | Shares | Share Price | Amount Paid |
|---|---|---|---|
| 2/2/2011 | 2,900 | $16.87 | $ 48,923.00 |
| 2/2/2011 | 1,900 | $16.87 | $ 32,053.00 |
| 2/1/2011 | 100 | $16.54 | $ 1,654.00 |
| 2/1/2011 | 100 | $16.55 | $ 1,655.00 |
| 2/1/2011 | 3,966 | $17.00 | $ 67,422.00 |
| 2/1/2011 | 2,034 | $17.00 | $ 34,578.00 |
| 2/1/2011 | 200 | $16.55 | $ 3,310.00 |
| 2/1/2011 | 2,581 | $16.55 | $ 42,715.55 |
| 2/1/2011 | 19 | $16.55 | $ 314.45 |
| 2/1/2011 | 1,000 | $16.55 | $ 16,550.00 |
| 1/12/2011 | 27,500 | $17.75 | $ 488,125.00 |
| 1/13/2011 | 5,000 | $18.74 | $ 93,700.00 |
| 1/18/2011 | 5,000 | $19.11 | $ 95,550.00 |
| 1/20/2011 | 5,000 | $19.91 | $ 99,550.00 |
| 1/21/2011 | 10,000 | $19.75 | $ 197,500.00 |
| 1/24/2011 | 5,000 | $19.26 | $ 96,300.00 |
| 1/31/2011 | 20,000 | $18.84 | $ 376,800.00 |
| 2/1/2011 | 10,000 | $16.64 | $ 166,400.00 |
| 2/2/2011 | 10,000 | $16.66 | $ 166,600.00 |
| 2/3/2011 | 20,000 | $14.41 | $ 288,200.00 |
| 2/28/2011 | 8,000 | $14.14 | $ 113,120.00 |

## SALES

| Date | Shares | Share Price | Amount Received |
|---|---|---|---|

**Total Shares Acquired** 140,300   **Total Amount Paid** $2,431,020.00   **Total Shares Sold** 0   **Total Amount Sold** $0.00

**Net Shares Acquired** 140,300   **Net Amount Paid** $2,431,020.00

**90-Day Mean Share Price After Last Day of Class Period** $0.00
**Value of Net Shares Acquired Using 90-Day Mean Share Price** $0.00

**Net Loss Based on Net Amount Paid Minus Value of Net Shares Using 90-Day Mean Share Price** $2,431,020.00

**CCME: Irrevocable Trust FBO Lansing A. Davis under agreement dated 10/1/1979 Losses**

| | PURCHASES | | | | | SALES | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | | Amount Paid | | Date | Shares | Share Price | Amount Received |
| | 1/18/2011 | 10,000 | $19.22 | | $ 192,200.00 | | | | | |
| | 1/31/2011 | 5,000 | $19.42 | | $ 97,100.00 | | | | | |
| | 2/1/2011 | 5,000 | $16.79 | | $ 83,950.00 | | | | | |
| | 2/3/2011 | 10,000 | $14.32 | | $ 143,200.00 | | | | | |
| | 2/7/2011 | 10,000 | $13.65 | | $ 136,500.00 | | | | | |
| | 2/15/2011 | 3,000 | $12.69 | | $ 38,070.00 | | | | | |
| | 3/9/2011 | 7,000 | $13.06 | | $ 91,420.00 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Shares Acquired | 50,000 | Total Amount Paid | $782,440.00 | Total Shares Sold | 0 | Total Amount Sold | | $0.00 |
| Net Shares Acquired | 50,000 | | | | | Net Amount Paid | | $782,440.00 |

| | | |
|---|---|---|
| 90-Day Mean Share Price After Last Day of Class Period | $11.88 | |
| Value of Net Shares Acquired Using 90-Day Mean Share Price | | $594,000.00 |
| Net Loss Based on Net Amount Paid Minus Value of Net Shares Using 90-Day Mean Share Price | | $188,440.00 |

|   | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | **CCME: Irrevocable Trust FBO Lansing A. Davis under agreement dated 10/1/1979 Losses** | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | | | **PURCHASES** | | | | | | | | **SALES** | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | | Date | Shares | Share Price | | Amount Paid | | | Date | Shares | Share Price | | Amount Received | |
| 6 | | | 1/18/2011 | 10,000 | $19.22 | | $ 192,200.00 | | | | | | | | |
| 7 | | | 1/31/2011 | 5,000 | $19.42 | | $ 97,100.00 | | | | | | | | |
| 8 | | | 2/1/2011 | 5,000 | $16.79 | | $ 83,950.00 | | | | | | | | |
| 9 | | | 2/3/2011 | 10,000 | $14.32 | | $ 143,200.00 | | | | | | | | |
| 10 | | | 2/7/2011 | 10,000 | $13.65 | | $ 136,500.00 | | | | | | | | |
| 11 | | | 2/15/2011 | 3,000 | $12.69 | | $ 38,070.00 | | | | | | | | |
| 12 | | | 3/9/2011 | 7,000 | $13.06 | | $ 91,420.00 | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |
| 16 | | | Total Shares Acquired | 50,000 | Total Amount Paid | | $782,440.00 | | Total Shares Sold | | 0 | Total Amount Sold | | $0.00 | |
| 17 | | | | | | | | | | | | | | | |
| 18 | | | Net Shares Acquired | 50,000 | | | | | | | | Net Amount Paid | | $782,440.00 | |
| 19 | | | | | | | | | | | | | | | |
| 20 | 90-Day Mean Share Price After Last Day of Class Period | | | | | $0.00 | | | | | | | | | |
| 21 | Value of Net Shares Acquired Using 90-Day Mean Share Price | | | | | | $0.00 | | | | | | | | |
| 22 | | | | | | | | | | | | | | | |
| 23 | Net Loss Based on Net Amount Paid Minus Value of Net Shares Using 90-Day Mean Share Price | | | | | | | | $782,440.00 | | | | | | |