UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MCINTIRE, Individually and On Behalf of All Others Similarly Situated,<br><br>      *Plaintiff*,<br> v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC.,<br><br>      *Defendant*. | Case No. 11-0804 (VM)<br><br>**DECLARATION OF ADAM M. STEWART IN SUPPORT OF DANIEL COURSEY'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL** |
| WALTER RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>      *Plaintiff*,<br> v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC. and ZHENG CHENG.<br><br>      *Defendants*. | Case No. 11-0833 |
| GARY MANDEL, Individually and On Behalf of All Others Similarly Situated,<br><br>      *Plaintiff*,<br> v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC. and ZHENG CHENG.<br><br>      *Defendants*. | Case No. 11-0916 |
| TUHIN CHAUDHURI, Individually and On Behalf of All Others Similarly Situated,<br><br>      *Plaintiff*,<br> v.<br><br>CHINA MEDIA EXPRESS HOLDINGS, INC., and ZHENG CHENG.<br><br>      *Defendants*. | Case No. 11-1895 (VM) |

**DECLARATION OF ADAM M. STEWART IN SUPPORT OF
DANIEL COURSEY'S MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF
SELECTION OF LEAD AND LIAISON COUNSEL**

I, Adam M. Stewart, declare under penalty of perjury, as follows:

1. I am an associate in the law firm Shapiro Haber & Urmy LLP, counsel for Daniel Coursey. I submit this declaration in support of Daniel Coursey's Motion for Consolidation, Appointment as Lead Plaintiff and For Approval of Selection of Lead and Liaison Counsel.

2. Attached hereto as Exhibit 1 is a true and accurate copy of a press release published on *Business Wire* on February 4, 2011, announcing the filing of this action.

3. Attached hereto as Exhibit 2 is a true and accurate copy of a loss chart indicating Mr. Coursey's estimated losses on his purchases of China MediaExpress Holdings, Inc. ("China MediaExpress") common stock during the Class Period.

4. Attached hereto as Exhibit 3 is a true and accurate copy of a certification by Mr. Coursey, setting forth his transactions in China MediaExpress common stock during the Class Period and stating that his is willing to serve as a representative plaintiff on behalf of the class.

5. Attached hereto as Exhibit 4 is a true and accurate copy of the firm resume of Shapiro Haber & Urmy LLP.

6. Attached hereto as Exhibit 5 is a true and accurate copy of the firm resume of Wolf Popper LLP.

Executed this 5th day of April, 2011.

              */s/ Adam M. Stewart*
              Adam M. Stewart