

**COHEN MILSTEIN**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/11

April 5, 2011

**VIA HAND DELIVERY**

The Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *McIntire v. China MediaExpress Holdings, Inc.*, No. 11 Civ. 804 (VM)

Dear Judge Marrero:

     Our firm has been retained to represent several investors in China MediaExpress Holdings, Inc., and intends to file a motion for appointment as lead plaintiff in the above-referenced action today, April 5, 2011, pursuant to the deadline set by the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B). We write to respectfully request that, in light of the PSLRA's statutory filing deadline, the customary pre-motion conference be waived.

                                             Respectfully submitted,

                                             Steven J. Toll

Cc: All counsel of record (via electronic mail)

> Request GRANTED. Plaintiffs may file a motion for appointment as lead plaintiff herein. No pre-motion conference shall be necessary for this purpose.
>
> **SO ORDERED:**
> 4-6-11
> DATE     VICTOR MARRERO, U.S.D.J.

Cohen Milstein Sellers & Toll PLLC    88 Pine Street    14th Floor    New York, NY 10005
t: 212 838 7797    f: 212 838 7745    www.cohenmilstein.com
Washington D.C.    New York    Philadelphia    Chicago