DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/11

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DANIEL McINTIRE,                        :
                                        :    11 Civ. 0804(VM)
                    Plaintiff,          :
                                        :
    - against -                         :
                                        :
CHINA MEDIA EXPRESS HOLDINGS, INC.,     :
                                        :
                    Defendants.         :
----------------------------------------X
----------------------------------------X
WALTER RUBIN,                           :
                                        :    11 Civ. 0833(VM)
                    Plaintiff,          :
                                        :
    - against -                         :
                                        :
CHINA MEDIAEXPRESS HOLDINGS,            :
INC., et al.,                           :
                                        :
                    Defendants.         :
----------------------------------------X
----------------------------------------X
GARY MANDEL,                            :
                                        :    11 Civ. 0916(VM)
                    Plaintiff,          :
                                        :
    - against -                         :    ORDER
                                        :
CHINA MEDIAEXPRESS HOLDINGS,            :
INC., et al.,                           :
                                        :
                    Defendants.         :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the three cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts,

and assert claims arising out of the same or substantially similar actions against all or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate the three cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 11 Civ. 0804; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 11 Civ. 0833, and 11 Civ. 0916 as separate actions and remove them from the Court's database.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         13 April 2011

                                    Victor Marrero
                                       U.S.D.J.