AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of New York

WALTER RUBIN, Individually and on Behalf of All Others Similarly Situated

V.

CHINA MEDIAEXPRESS HOLDINGS, INC., and ZHENG CHENG

SUMMONS IN A CIVIL ACTION

11 CV 0833

CASE NUMBER:

JUDGE GARDEPHE

TO: (Name and address of Defendant)

China MediaExpress Holdings, Inc.
Room 2805, Central Plaza
Wanchai, Hong Kong

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc I. Gross
Pomerantz Haudek Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

an answer to the complaint which is served on you with this summons, within 21 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RUBY J. KRAJICK

CLERK

FEB - 7 2011

DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4/12/11 at 4:00 PM |
|---|---|
| NAME OF SERVER (PRINT) Daniel Newcomb | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other (specify): Service on China MediaExpress Holdings, Inc., was effectuated by serving Paul Mathews, Managing Agent duly authorized to accept. Service was made at Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/13/2011
Date

[signature]
Signature of Server

333 W. 39th St., # 405, New York, NY 10018
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.