UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL MCINTIRE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC.,<br><br>        Defendant. | Civil Action No. 11-cv-0804 (VM) |
| WALTER RUBIN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> vs.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC. and ZHENG CHENG,<br><br>        Defendants. | Civil Action No.: 11-cv-0833 (VM) |
| GARY MANDEL, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> vs.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC, and ZHENG CHENG,<br><br>        Defendants. | Civil Action No.: 11-cv-0916 (VM) |
| TUHIN CHAUDHURI, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> vs.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC., and ZHENG CHENG,<br><br>        Defendants. | Civil Action No.: 11-cv-1895 (VM) |

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE, that upon the Memorandum of Law of Defendants Green and Bird in Support of Their Motion to Dismiss the Complaint, the annexed declaration of Donald H. Chase, Esq., dated January 31, 2012, and the exhibits attached thereto, Defendants Theodore Green and Malcolm Bird ("Defendants"), by their undersigned attorneys, hereby move this Court, before the Honorable Victor Marrero, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and at a time to be designated by the Court, for an Order: (1) dismissing with prejudice, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6) and the Private Securities Litigation Reform Act of 1995, all of the claims against the Defendants set forth in the Amended and Consolidated Complaint in the above-captioned action; and (2) granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
January 31, 2012

Respectfully submitted,

MORRISON COHEN LLP

By: /s/ Donald H. Chase
Donald H. Chase
Edward P. Gilbert
909 Third Avenue
New York, New York 10022
(212) 735-8600
dchase@morrisoncohen.com
egilbert@morrisoncohen.com

*Attorneys for Defendants*
 *Theodore Green and Malcolm Bird*