**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE CHINA MEDIAEXPRESS HOLDINGS, INC. SHAREHOLDER LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS | )<br>)<br>)   Civil Action No. 11-cv-0804 (VM)<br>)<br>)   **CLASS ACTION**<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION TO DISMISS THE COMLAINT

     PLEASE TAKE NOTICE, that for the reasons set forth in the accompanying Memorandum of Law of Defendant A.J. Robbins (hereinafter "Robbins") in support of its Motion to Dismiss Plaintiffs' Amended and Consolidated Complaint (hereinafter "Complaint") together with the attached Declaration of Michael E. Marr, Esq. dated February 6, 2012 with attached Exhibits A-V, Defendant Robbins by and through its undersigned counsel hereby moves the Court, the Honorable Victor Marrero presiding, for a date and time designated by the Court for the purpose of entering an Order pursuant to Rule 8(a), 9(b), 12(b)(6), and 23.1 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 for an order dismissing this action with prejudice as it pertains to Defendant A.J. Robbins, P.C.

 Dated: February 6, 2012.

Respectfully submitted,

*/s/Michael E. Marr,        Pro Hac Vice   .*
Michael E. Marr MD Federal Bar # 99
**Michael E. Marr, Attorney-at-law**
3107 Tyndale Avenue
Baltimore, Maryland 21214-3429
Telephone:  410-254-7000
Facsimile:   410-254-7220
E-mail:       mmarr@marrlaw.com

*Attorney for Defendant A.J. Robbins P.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of February, 2012, I caused to be electronically filed the foregoing Motion to Dismiss by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive notices from the court under the CM/ECF system and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/Michael E. Marr,        Pro Hac Vice   .*
Michael E. Marr MD Federal Bar # 99
Michael E. Marr, Attorney-at-law
3107 Tyndale Avenue
Baltimore, Maryland 21214-3429
Telephone:  410-254-7000
Facsimile:   410-254-7220
E-mail:       mmarr@marrlaw.com

*Attorney for Defendant A.J. Robbins P.C*

## MANUAL NOTICE LIST

Howard G. Smith
**SMITH & SMITH**
3070 Bristol Pike
Bensalem, PA  19020

Jeniphr Breckenridge
**HAGENS BERMAN SOBOL SHAPERO LLB**
Eighth Avenue, Suite 3300
Seattle, Washington  98101

Michael Goldberg
**GLANCY BINKOW & GOLDBERG, LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067

Patrick Vincent Dahlstrom
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS LLP**
100 Park Avenue, 26th Floor
New York, NY  10017