Eugene R. Licker (EL-0334)
elicker@loeb.com
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

*Attorneys for China MediaExpress Holdings, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                                                              :
IN RE CHINA MEDIAEXPRESS HOLDINGS,    :    No. 11-CV-804-VM
INC. SHAREHOLDER LITIGATION                    :
                                                                              :
                                                                              :
---------------------------------------------------------X

### DEFENDANT CHINA MEDIAEXPRESS HOLDINGS, INC.'s AMENDED MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

For the reasons set forth in the accompanying Opening Brief, Defendant China MediaExpress Holdings, Inc., by and through its undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for an order dismissing this action.

Dated:  New York, New York
            March 15, 2012

Respectfully submitted:

*/s/ Eugene R. Licker*
Eugene R. Licker
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
Telephone: 212-407-4000
Facsimile: 212-407-4990
elicker@loeb.com

*Attorneys for Defendant*
*China MediaExpress Holdings, Inc.*