# DECLARATION

I, LAW Wai Ming (holder of Hong Kong Identity Card No.K521409(2)) of 28th Floor, 99 Hennessy Road, Wanchai, Hong Kong solemnly and sincerely declare that :

The information contained in the statement and attached hereto and marked **Exhibit "LWM-1"** are true and correct.

And I make this solemn declaration conscientiously believing the same to be true and by virtue of the Oaths and Declaration Ordinance.

民政事務總署 HOME AFFAIRS DEPARTMENT

Declared at )
**Wan Chai District Office** )
)
)
in the Hong Kong Special Administrative Region )
this day of March, 2012 )
14 MAR 2012

.......................................
(signature of declarant )

Before me,

YU Belinda
**Commissioner for Oaths**

This is the exhibit marked "LWM-1" referred to in the Declaration of LAW WAI MING declared before me on 14 MAR 2012

Commissioner for Oaths

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CHINA MEDIAEXPRESS HOLDINGS, INC. SHAREHOLDER LITIGATION, | Civil Action No. 11-CV-0804 (VM) |
| This Document Relates To:<br><br>ALL ACTIONS | **CLASS ACTION** |

**AFFIRMATION OF SERVICE UPON DELOITTE TOUCHE TOHMATSU**

I, LAW Wai Ming, do hereby affirm: -

1. That I am a non-party to this action over the age of 21 years;

2. That I am employed as a Clerk by Yeong & Co. Solicitors, 28th Floor, Bayfield Building, 99 Hennessy Road, Wanchai, Hong Kong and am authorized to serve legal process in Hong Kong;

3. That on or about March 1, 2012, I was instructed by Eric Kwan, a Consultant Solicitor employed by Yeong & Co. Solicitors, in turn acting upon the instructions of Legal Language Services, an international litigation support firm located in Leawood, Kansas, in turn acting upon the instructions of Plaintiff's counsel at Hagens Berman Sobol Shapiro LLP to serve upon Defendant Deloitte Touche Tohmatsu the following documents:

   - Hague Service Convention "Notice" and "Summary", copies of which are attached hereto as Exhibit A
   - *Summons in a Civil Action* with attached Rider
   - *Amended and Consolidated Complaint* with Exhibit A;

4. That according to the Hong Kong Business Registration Office, Deloitte Touche Tohmatsu's principal place of business is 35/F One Pacific Place, 88 Queensway, Hong Kong (See Business Registration Certificate, attached hereto as Exhibit B);

5. That on the 2nd day of March 2012, at approximately 2:45 p.m., I did travel to Deloitte Touche Tohmatsu's principal place of business with the intention of serving the above-referenced documents;

6. That I met a receptionist on the 35th Floor and said that I wanted to serve documents on an agent or officer authorized to accept service for Deloitte Touche Tohmatsu; that the receptionist said documents would only be accepted in the Mailroom on the 8th Floor; that I went to the Mailroom and met with a woman who indicated she is authorized to accept service on behalf of Deloitte Touche Tohmatsu; that I handed to her the above-referenced documents, which she accepted, and she placed the Deloitte Touche Tohmatsu "chop", or stamp, on a copy of the Hague Convention Notice, attached hereto as Exhibit C, confirming receipt;

7. That the woman refused to give her name but is a Chinese female, approximately 40 years old, 1.6 meters (5'2") tall, with short black hair and was wearing glasses; and

8. That all information herein given accords with the rules and customary procedures applicable and operative in Hong Kong at the time of effecting service.

I declare under penalty of perjury under the laws of the United States and Hong Kong that the foregoing statements are true and accurate to the best of my knowledge and belief.

Date 14 MAR 2012

LAW Wai Ming, Process Server

# EXHIBIT A

# COPIES OF HAGUE CONVENTION "NOTICE" AND "SUMMARY"

**NOTICE**

*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

**identité et adresse du destinataire**
*identity and address of the addressee*

| |
|---|
| DELOITTE TOUCHE TOHMATSU<br>35/F One Pacific Place<br>88 Queensway<br>HONG KONG<br>**-OR-**<br>wherever the defendant may be found in Hong Kong |

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Legal Services for New York City
350 Broadway
New York, New York 10013
U.S.A.
Tel. 1.212.431.7200

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Services for New York City
350 Broadway
New York, New York 10013
U.S.A.
Tel. 1.212.431.7200

Civil Action No. 11-cv-0804

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciares en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
**(article 5, fourth paragraph)**
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer, Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties*:**
*Identité des parties :* See Attachment "A"

## JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* A civil action has been commenced against the Defendant.

**Date and place for entering appearance**:**
*Date et lieu de la comparution :* Within twenty-one (21) days after service of the summons (not counting the day of receipt) Defendant must serve on the Plaintiff's Attorney (Hagens Berman Sobol Shapiro LLP) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. Defendant also must file his answer or motion with the United States District Court, Southern District of New York, located at: 500 Pearl Street, New York, New York 10007, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment**:**
*Date de la décision :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:* Within twenty-one (21) days after service of the Summons (not counting the day of receipt), Defendant must serve on the Plaintiff's Attorney (Hagens Berman Sobol Shapiro LLP) an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. If Defendant fails to respond, judgment by default will be entered against him for the relief demanded in the complaint. Defendant also must file his answer or motion with the Court.

## EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* N/A

* **If appropriate, identity and address of the person interested in the transmission of the document.**
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*

** **Delete if inappropriate.**
*Rayer les mentions inutiles.*

★U.S. Government Printing Office: 1990-262-211/15302

**Attachment "A"**
**To "Summary of Document to be Served"**

**Particulars of the Parties:**

| | |
|---|---|
| DANIEL MCINTIRE, *Individually and On Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br>v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC.,<br><br>Defendant. | Civil Action No. 11-cv-0804 (VM) |
| WALTER RUBIN, *Individually and On Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br>v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC. and ZHENG CHENG,<br><br>Defendants. | Civil Action No.: 11-cv-0833 (VM) |
| GARY MANDEL, *Individually and On Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br>v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC, and ZHENG CHENG,<br><br>Defendants. | Civil Action No.: 11-cv-0916 (VM) |
| TUHIN CHAUDHURI, *Individually and On Behalf of All Others Similarly Situated,*<br><br>Plaintiff,<br>v.<br><br>CHINA MEDIAEXPRESS HOLDINGS, INC., and ZHENG CHENG,<br><br>Defendants. | Civil Action No.: 11-cv-1895 (VM) |

# EXHIBIT B

# BUSINESS REGISTRATION CERTIFICATE FOR DELOITTE TOUCHE TOHMATSU

請沿虛線剪下並將有效的商業/分行登記證展示在營業地點。
Please cut along the dotted line and display the valid business/branch registration certificate at business address.

XXXXXX
XXXXXX ORIGINAL

表格 2 FORM 2
《商業登記條例》(第 310 章)
BUSINESS REGISTRATION ORDINANCE (Chapter 310)
《商業登記規例》
BUSINESS REGISTRATION REGULATIONS
*商業 /XXXX登記證 Business /XXXXX Registration Certificate*

[第 5 條]
[regulation 5]

*複 本*
***DUPLICATE***

業務 / 法團所用名稱
Name of Business/ Corporation
德勤・關黃陳方會計師行
DELOITTE TOUCHE TOHMATSU

業務 / 分行名稱
Business/ Branch Name
****************************************
****************************************

地 址
Address
805-811, 32 & 35-40/F
ONE PACIFIC PLACE
88 QUEENSWAY
HK

業務性質
Nature of Business
CERTIFIED PUBLIC ACCOUNTANTS

法律地位
Status
PARTNERSHIP

| 生效日期 Date of Commencement | 屆滿日期 Date of Expiry | 登記證號碼 Certificate No. | 登記費及徵費 Fee and Levy |
|---|---|---|---|
| 16/11/2011 | 15/11/2012 | 00708751-000-11-11-0 | $2,450 |

(登記費 FEE = $2,000)
(徵費 LEVY = $ 450)

請注意下列《商業登記條例》的規定:

1. 第 6(6)條規定任何業務獲發商業登記證或分行登記證,並不表示該業務或經營該業務的人或受僱於該業務的僱員已遵從有關的任何法律規定。
2. 第 12 條規定各業務須將其有效的商業登記證或有效的分行登記證於每一營業地點展示。

**Please note the following requirements of the Business Registration Ordinance:**

1. Section 6(6) provides that the issue of a business registration certificate or a branch registration certificate shall not be deemed to imply that the requirements of any law in relation to such business or to the persons carrying on the same or employed therein have been complied with.
2. Section 12 provides that valid business registration certificate or valid branch registration certificate shall be displayed at every address where business is carried on.

-2 MAR 2012

稅務局局長(梁銳銓代行)
(LEUNG YUI CHUEN)
for Commissioner of Inland Revenue

機印所示登記費及徵費收訖。 RECEIVED FEE AND LEVY HERE STATED IN PRINTED FIGURES.

CD046a46

IRDB101A (12/2010) 24/10/2011 350000288 $2,450.00

# EXHIBIT C

# STAMPED NOTICE CONFIRMING RECEIPT OF DOCUMENTS

Civil Action No. 11-cv-0804

**NOTICE**

*(recommended by the Fourteenth Session of Hague Conference of October, 1980)*

**identité et adresse du destinataire**

*identity and address of the addressee*

Deloitte Touche Tohmatsu

MAR 2 2 51 PM 2012

Mailroom Received

DELOITTE TOUCHE TOHMATSU
35/F One Pacific Place
88 Queensway
HONG KONG
**-OR-**
wherever the defendant may be found in Hong Kong

Deloitte Touche Tohmatsu
Acknowledge receipt, without considering or agreeing to its contents

**TRÈS IMPORTANT**

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

Legal Services for New York City
350 Broadway
New York, New York 10013
U.S.A.
Tel. 1.212.431.7200

**IMPORTANT**

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

Legal Services for New York City
350 Broadway
New York, New York 10013
U.S.A.
Tel. 1.212.431.7200