UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHINA MEDIAEXPRESS HOLDINGS, INC. SHAREHOLDER LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Civil Action No. 11-cv-0804 (VM)<br><br>CLASS ACTION<br><br>ECF Case<br>Electronically Filed |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Lead Plaintiffs Irrevocable Trust FBO Lansing Davis and the Davis Partnership LP (collectively, the "Davis Entities" or the "Lead Plaintiff"), and additional plaintiffs John Haughton, Ethan Lamar Pierce and John Shaffer (collectively, the "Class Representatives") respectfully move the Court for an order pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure appointing them Class Representatives and certifying this action as a class action on behalf of a class (the "Class") consisting of all those who, between April 1, 2010, and March 11, 2011, inclusive, (the "Class Period") suffered losses as a result of their purchase of shares of CCME common stock, their purchase of CCME call options, and/or their sale of CCME put options (the "Class").

The Class Representatives also seek the appointment of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel and of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Co-Counsel for the Class.

Plaintiffs submit the accompanying memorandum in support of this motion, and the accompanying Declaration of Karl P. Barth in support of this motion.

- 1 -

- 2 -

DATED:  August 16, 2013

                              **HAGENS BERMAN SOBOL SHAPIRO LLP**

By    */s/ Karl P. Barth*
     Steve W. Berman
     Karl P. Barth
     1918 Eighth Avenue, Suite 3300
     Seattle, WA 98101
     Telephone:  (206) 623-7292
     Facsimile:  (206) 623-0594
     steve@hbsslaw.com
     karlb@hbsslaw.com

     Jason A. Zweig (JZ-8107)
     HAGENS BERMAN SOBOL SHAPIRO LLP
     One Penn Plaza, 36th Floor
     New York, NY 10119
     Telephone:  (212) 752-5455
     Facsimile:  (917) 210-3980
     jasonz@hbsslaw.com

     Reed R. Kathrein
     Peter E. Borkon
     HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
     Berkeley, CA 94710
     Telephone:  (510) 725-3000
     Facsimile:  (510) 725-3001
     reed@hbsslaw.com
     peterb@hbsslaw.com

     *Proposed Lead Counsel for the Class*

     Michael Eisenkraft (ME-6974)
     COHEN MILSTEIN SELLERS & TOLL PLLC
     88 Pine Street, 14th Floor
     New York, NY 10005
     Telephone:  (212) 838-7797
     Facsimile:  (212) 838-7745
     meisenkraft@cohenmilstein.com

- 3 -

          Steven J. Toll
          Julie Goldsmith Reiser
          S. Douglas Bunch (SB-3028)
          COHEN MILSTEIN SELLERS & TOLL PLLC
          1100 New York Avenue, N.W.
          West Tower, Suite 500
          Washington, DC 20005-3964
          Telephone: (202) 408-4600
          Facsimile: (202) 408-4699
          stoll@cohenmilstein.com
          jreiser@cohenmilstein.com
          dbunch@cohenmilstein.com

          *Proposed Co-counsel for the Class*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system on August 16, 2013, which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                        */s/ Karl P. Barth*
                                                       KARL P. BARTH

# Mailing Information for a Case 1:11-cv-00804-VM

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Karl P. Barth**
  karlb@hbsslaw.com

- **Gary Frederick Bendinger**
  gbendinger@sidley.com,nyefiling@sidley.com

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Steve W. Berman**
  steve@hbsslaw.com,carrie@hbsslaw.com,jeniphr@hbsslaw.com

- **Jeniphr Breckenridge**
  jeniphr@hbsslaw.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Donald Howard Chase**
  dchase@morrisoncohen.com,courtnotices@morrisoncohen.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **Michael Benjamin Eisenkraft**
  meisenkraft@cohenmilstein.com,efilings@cohenmilstein.com

- **Robert Craig Finkel**
  rfinkel@wolfpopper.com,cdunleavy@wolfpopper.com,nmackiel@wolfpopper.com,TSHAPIRO@shulaw.com

- **Michael Ira Fistel , Jr**
  mfistel@holzerlaw.com,cyoung@holzerlaw.com,cmoore@holzerlaw.com

- **Savvas Antonios Foukas**
  foukas@hugheshubbard.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com,cturner@glancylaw.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Jonathan Richard Horne**
  jhorne@rosenlegal.com

- **Jesse James**
  jamesj@hugheshubbard.com

- **Reed Richard Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Eugene R. Licker**
  elicker@loeb.com,nydocket@loeb.com,tcummins@loeb.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **William R. Maguire**
  maguire@hugheshubbard.com

- **Michael Edward Marr**
  mmarr@marrlaw.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,kimmiller225@yahoo.com

- **David S. Nalven**
  davidn@hbsslaw.com,Seanh@hbsslaw.com

- **Julie Goldsmith Reiser**
  jreiser@cmht.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com

- **Miles Norman Ruthberg**
  miles.ruthberg@lw.com,jessica.bengels@lw.com,jason.grossman@lw.com

- **Gazeena Kaur Soni**
  gsoni@sidley.com,nyefiling@sidley.com,tnapolitano@sidley.com

- **Steven Jeffrey Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Laura Maines Vasey**
  lvasey@loeb.com,nydocket@loeb.com,tcummins@loeb.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,peterb@hbsslaw.com,reed@hbsslaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Patrick Vincent Dahlstrom
Pomerantz Haudek Block Grossman & Gross LLP
100 Park Avenue, 26th Floor
New York, NY 10017

Michael Goldberg
Glancy Binkow & Goldberg, LLP (CA)
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Howard G. Smith
Smith & Smith
3070 Bristol Pike
Bensalem, PA 19020
```