UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHINA MEDIAEXPRESS HOLDINGS, INC. SHAREHOLDER LITIGATION | Civil Action No. 11-cv-0804 (VM) |
| This Document Relates to: ALL ACTIONS | CLASS ACTION<br><br>ECF Case<br>Electronically Filed |

## JOINT STATUS REPORT

Pursuant to the Court's Order of October 16, 2014, counsel for the Class and counsel for Deloitte Touche Tohmatsu ("DTT") hereby provide this Joint Status Report detailing the status of the proposed settlement between the parties.

The parties report that they have been negotiating a written Term Sheet to be executed by both parties that will reflect the specific terms of the settlement. The parties are in the final stages of negotiating this Term Sheet, which all parties expect will be signed by January 21, 2015. The parties expect that this Term Sheet will include a provision requiring that the Class's Motion for Preliminary Approval of the Settlement shall be filed within six weeks of the execution of the Term Sheet (by March 4, 2015).

Class Counsel reports that it is in the process of drafting the final Stipulation of Settlement, which will incorporate the terms of the settlement as defined in the Term Sheet, as well as the motion for preliminary approval of the Settlement. Class Counsel is confident that it will be able to file the Class's Motion for Preliminary Approval within this deadline.

Class Counsel further reports that it has retained a financial expert to assist with a final damage calculation (as required to be disclosed in the class notice) and a plan of allocation of the proposed settlement proceeds. The expert has provided a draft of his calculations to Class Counsel, and we anticipate that the expert will provide his final report within two weeks, which report will be included in the Class's Motion for Preliminary Approval.

DATED: January 14, 2015

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By  */s/ Karl P. Barth*
      Steve W. Berman
      Karl P. Barth
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
karlb@hbsslaw.com

Jason A. Zweig (JZ-8107)
HAGENS BERMAN SOBOL SHAPIRO LLP
One Penn Plaza, 36th Floor
New York, NY 10119
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
jasonz@hbsslaw.com

Reed R. Kathrein
Peter E. Borkon
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

*Lead Counsel for the Proposed Class*

Michael Eisenkraft (ME-6974)
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
meisenkraft@cohenmilstein.com

Steven J. Toll
Julie Goldsmith Reiser
S. Douglas Bunch (SB-3028)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com

*Co-counsel for the Proposed Class*


**SIDLEY AUSTIN LLP**


By  */s/ Michael Warden*
       Michael Warden
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mwarden@sidley.com

David A. Gordon
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
dgordon@sidley.com

Gary F. Bendinger
Gazeena K. Soni
SIDLEY AUSTIN LLP
787 Seventh Ave.
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599
gbendinger@sidley.com
gsoni@sidley.com

- 3 -

**CERTIFICATE OF SERVICE**

     I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system on January 14, 2015, which will send notification of such filing to the e-mail addresses registered, as denoted on the Court's Electronic Mail Notice List.

                                                        *s/ Karl P. Barth*