UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHINA MEDIAEXPRESS HOLDINGS, INC. SHAREHOLDER LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Civil Action No. 11-cv-0804 (VM)<br><br>CLASS ACTION<br><br>ECF Case<br>Electronically Filed |

**THE CLASS REPRESENTATIVES'**
**MOTION FOR FINAL APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTE THAT on September 18, 2015 at 9:30 a.m. in Courtroom 11B a the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, NY 10007-1312, Lead Plaintiffs Irrevocable Trust FBO Lansing Davis and the Davis Partnership LP and additional plaintiffs John Haughton, Ethan Lamar Pierce and John Shaffer (hereinafter collectively referred to as the "Class Representatives," will and hereby do move the Court, the Honorable Victor Marrero, for an Order granting the Class Representatives' Motion for Final Approval of Settlement.

This motion is based upon: i) this notice of motion; ii) the accompanying memorandum of law; iii) the Declaration of Karl P. Barth in Support of: 1) The Class Representatives' Motion for Final Approval of Settlement; and 2) Class Counsels' Request for an Award of Attorneys' Fees and Reimbursement of Expenses (and Exhibits A – G attached thereto); iv) the Declaration of Jed D. Melnick; and v) such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

DATED:  July 30, 2015  Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**


By   */s/ Karl P. Barth*
   Steve W. Berman
   Karl P. Barth
   1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
   Telephone:  (206) 623-7292
   Facsimile:  (206) 623-0594
   steve@hbsslaw.com
   karlb@hbsslaw.com

   Jason A. Zweig (JZ-8107)
   HAGENS BERMAN SOBOL SHAPIRO LLP
   One Penn Plaza, 36th Floor
   New York, NY 10119
   Telephone:  (212) 752-5455
   Facsimile:  (917) 210-3980
   jasonz@hbsslaw.com

   Reed R. Kathrein
   Peter E. Borkon
   HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
   Telephone:  (510) 725-3000
   Facsimile:  (510) 725-3001
   reed@hbsslaw.com
   peterb@hbsslaw.com

   *Lead Counsel for the Class*

   Michael Eisenkraft (ME-6974)
   COHEN MILSTEIN SELLERS & TOLL PLLC
   88 Pine Street, 14th Floor
   New York, NY 10005
   Telephone:  (212) 838-7797
   Facsimile:  (212) 838-7745
   meisenkraft@cohenmilstein.com

Steven J. Toll
Julie Goldsmith Reiser
S. Douglas Bunch (SB-3028)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
stoll@cohenmilstein.com
jreiser@cohenmilstein.com
dbunch@cohenmilstein.com

*Co-counsel for the Class*

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system on July 30, 2015, which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Karl P. Barth*
KARL P. BARTH

10244-11 797876 V1

## Mailing Information for a Case 1:11-cv-00804-VM-GWG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Karl P. Barth**
  karlb@hbsslaw.com

- **Gary Frederick Bendinger**
  gbendinger@sidley.com,nyefiling@sidley.com

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Steve W. Berman**
  steve@hbsslaw.com,carrie@hbsslaw.com,jeniphr@hbsslaw.com,nicolleg@hbsslaw.com

- **Jeniphr Breckenridge**
  jeniphr@hbsslaw.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Donald Howard Chase**
  dchase@morrisoncohen.com,courtnotices@morrisoncohen.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **Michael Benjamin Eisenkraft**
  meisenkraft@cohenmilstein.com,efilings@cohenmilstein.com

- **Robert Craig Finkel**
  rfinkel@wolfpopper.com,cdunleavy@wolfpopper.com,mgianfagna@wolfpopper.com,nmackiel@wolfpopper.com

- **Savvas Antonios Foukas**
  foukas@hugheshubbard.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **David Andrew Gordon**
  dgordon@sidley.com,efilingnotice@sidley.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Jonathan Richard Horne**
  jhorne@rosenlegal.com

- **Reed Richard Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Eugene R. Licker**
  elicker@loeb.com,nydocket@loeb.com,tcummins@loeb.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **William R. Maguire**
  maguire@hugheshubbard.com

- **Michael Edward Marr**
  mmarr@marrlaw.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,dawn.hartman@ksfcounsel.com,kimmiller225@yahoo.com

- **David S. Nalven**
  davidn@hbsslaw.com,Seanh@hbsslaw.com,grega@hbsslaw.com,dakotas@hbsslaw.com

- **Julie Goldsmith Reiser**
  jreiser@cohenmilstein.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Miles Norman Ruthberg**
  miles.ruthberg@lw.com,rachel.feld@lw.com,jessica.bengels@lw.com,elizabeth.evans@lw.com

- **Gazeena Kaur Soni**
  gsoni@sidley.com,nyefiling@sidley.com

- **Steven Jeffrey Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Laura Maines Vasey**
  lvasey@loeb.com,nydocket@loeb.com,tcummins@loeb.com

- **Michael Dana Warden**
  mwarden@sidley.com,cqureshi@sidley.com,nyefiling@sidley.com,lkelemen@sidley.com,dcefilingnotice@sidley.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,peterb@hbsslaw.com,reed@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael            Goldberg
Glancy Binkow & Goldberg, LLP (CA)
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Howard             G. Smith
Smith & Smith
3070 Bristol Pike
Bensalem, PA 19020
```