UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHINA MEDIAEXPRESS HOLDINGS, INC. SHAREHOLDER LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Civil Action No. 11-cv-0804 (VM)<br><br>CLASS ACTION<br><br>ECF Case<br>Electronically Filed |

### CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

PLEASE TAKE NOTE THAT on September 18, 2015 at 9:30 a.m. in Courtroom 11B a the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, NY 10007-1312, Lead Counsel Hagens Berman Sobol Shapiro LLP and Co-counsel Cohen Milstein Sellers & Toll PLLC (hereinafter collectively referred to as "Class Counsel"), will and hereby do move the Court, the Honorable Victor Marrero, for an Order granting Class Counsel's motion for an award of attorneys' fees and reimbursement of Class Counsel's litigation expenses.

This motion is based upon: i) this notice of motion; ii) the accompanying memorandum of law; iii) the Declaration of Karl P. Barth in Support of: 1) The Class Representatives' Motion for Final Approval of Settlement; and 2) Class Counsels' Request for an Award of Attorneys' Fees and Reimbursement of Expenses (and Exhibits A – G attached thereto); iv) the Declaration of Michael B. Eisenkraft in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (and Exhibits A – C attached thereto); and v) such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.

DATED:  July 30, 2015                    Respectfully submitted,

                                                         **HAGENS BERMAN SOBOL SHAPIRO LLP**

By   */s/ Karl P. Barth*
    Steve W. Berman
    Karl P. Barth
    1918 Eighth Avenue, Suite 3300
    Seattle, WA 98101
    Telephone:  (206) 623-7292
    Facsimile:  (206) 623-0594
    steve@hbsslaw.com
    karlb@hbsslaw.com

    Jason A. Zweig (JZ-8107)
    HAGENS BERMAN SOBOL SHAPIRO LLP
    One Penn Plaza, 36th Floor
    New York, NY 10119
    Telephone:  (212) 752-5455
    Facsimile:  (917) 210-3980
    jasonz@hbsslaw.com

    Reed R. Kathrein
    Peter E. Borkon
    HAGENS BERMAN SOBOL SHAPIRO LLP
    715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
    Telephone:  (510) 725-3000
    Facsimile:  (510) 725-3001
    reed@hbsslaw.com
    peterb@hbsslaw.com

    *Lead Counsel for the Class*

    Michael Eisenkraft (ME-6974)
    COHEN MILSTEIN SELLERS & TOLL PLLC
    88 Pine Street, 14th Floor
    New York, NY 10005
    Telephone:  (212) 838-7797
    Facsimile:  (212) 838-7745
    meisenkraft@cohenmilstein.com

- 3 -

        Steven J. Toll
        Julie Goldsmith Reiser
        S. Douglas Bunch (SB-3028)
        COHEN MILSTEIN SELLERS & TOLL PLLC
        1100 New York Avenue, N.W.
        West Tower, Suite 500
        Washington, DC 20005-3964
        Telephone:  (202) 408-4600
        Facsimile:  (202) 408-4699
        stoll@cohenmilstein.com
        jreiser@cohenmilstein.com
        dbunch@cohenmilstein.com

        *Co-counsel for the Class*

10244-11  797872 V1

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system on July 30, 2015, which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

*/s/ Karl P. Barth*
KARL P. BARTH

## Mailing Information for a Case 1:11-cv-00804-VM-GWG

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Karl P. Barth**
  karlb@hbsslaw.com

- **Gary Frederick Bendinger**
  gbendinger@sidley.com,nyefiling@sidley.com

- **Jeffrey A. Berens**
  jeff@dyerberens.com

- **Steve W. Berman**
  steve@hbsslaw.com,carrie@hbsslaw.com,jeniphr@hbsslaw.com,nicolleg@hbsslaw.com

- **Jeniphr Breckenridge**
  jeniphr@hbsslaw.com

- **Stephen Douglas Bunch**
  dbunch@cohenmilstein.com,efilings@cohenmilstein.com

- **Donald Howard Chase**
  dchase@morrisoncohen.com,courtnotices@morrisoncohen.com

- **Patrick Vincent Dahlstrom**
  pdahlstrom@pomlaw.com

- **Marshall Pierce Dees**
  mdees@holzerlaw.com

- **Michael Benjamin Eisenkraft**
  meisenkraft@cohenmilstein.com,efilings@cohenmilstein.com

- **Robert Craig Finkel**
  rfinkel@wolfpopper.com,cdunleavy@wolfpopper.com,mgianfagna@wolfpopper.com,nmackiel@wolfpopper.com

- **Savvas Antonios Foukas**
  foukas@hugheshubbard.com

- **Lionel Z. Glancy**
  lglancy@glancylaw.com,mmgoldberg@glancylaw.com,csadler@glancylaw.com,pbinkow@glancylaw.com,info@glancylaw.com,rprongay@glancylaw.com

- **David Andrew Gordon**
  dgordon@sidley.com,efilingnotice@sidley.com

- **Marc Ian Gross**
  migross@pomlaw.com

- **Jonathan Richard Horne**
  jhorne@rosenlegal.com

- **Reed Richard Kathrein**
  reed@hbsslaw.com,peterb@hbsslaw.com,pashad@hbsslaw.com,sf_filings@hbsslaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com

- **Eugene R. Licker**
  elicker@loeb.com,nydocket@loeb.com,tcummins@loeb.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,lpvega@pomlaw.com

- **William R. Maguire**
  maguire@hugheshubbard.com

- **Michael Edward Marr**
  mmarr@marrlaw.com

- **Kim Elaine Miller**
  kim.miller@ksfcounsel.com,dawn.hartman@ksfcounsel.com,kimmiller225@yahoo.com

- **David S. Nalven**
  davidn@hbsslaw.com,Seanh@hbsslaw.com,grega@hbsslaw.com,dakotas@hbsslaw.com

- **Julie Goldsmith Reiser**
  jreiser@cohenmilstein.com

- **Laurence Matthew Rosen**
  lrosen@rosenlegal.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Miles Norman Ruthberg**
  miles.ruthberg@lw.com,rachel.feld@lw.com,jessica.bengels@lw.com,elizabeth.evans@lw.com

- **Gazeena Kaur Soni**
  gsoni@sidley.com,nyefiling@sidley.com

- **Steven Jeffrey Toll**
  stoll@cohenmilstein.com,efilings@cohenmilstein.com

- **Laura Maines Vasey**
  lvasey@loeb.com,nydocket@loeb.com,tcummins@loeb.com

- **Michael Dana Warden**
  mwarden@sidley.com,cqureshi@sidley.com,nyefiling@sidley.com,lkelemen@sidley.com,dcefilingnotice@sidley.com

- **Jason Allen Zweig**
  jasonz@hbsslaw.com,peterb@hbsslaw.com,reed@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Michael            Goldberg
Glancy Binkow & Goldberg, LLP (CA)
1801 Avenue of the Stars
Suite 311
Los Angeles, CA 90067

Howard             G. Smith
Smith & Smith
3070 Bristol Pike
Bensalem, PA 19020
```