T 206.623.7292 F 206.623.0594

HAGENS BERMAN

Karl P Barth
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
Direct (206) 268-9313
karlb@hbsslaw.com

RECEIVED
NOV 27 2017
CHAMBERS OF
JUDGE MARRERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/28/17

November 15, 2017

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Re: *In re China MediaExpress Holdings, Inc., No. 11-0804 (VM)*

Dear Judge Marrero:

I am the Court-appointed Receiver for China MediaExpress Holdings, Inc. ("CCME"). I write to respectfully request clarification of the Court's recent Endorsement granting the relief requested in my letter dated September 25, 2017 (Dkt. #300).

Specifically, I am seeking clarification as to whether the Court granted approval for me to enter into the settlements described in my September 25, 2017 letter, or just approved my request that the settlement agreements themselves be placed under seal. The parties are anxious to complete the transaction if the Court has granted my request to enter into the proposed settlement agreements referenced in this letter (proposed Settlement in the total amount of $1,200,000.00 with three excess insurers of CCME: (1) American Home Assurance Company ("AIG"); (2) China Pacific Insurance Co., (H.K.) Ltd. ("China Pacific"); and (3) China Ping An Insurance (Hong Kong) Co. Ltd. ("China Ping").

Sincerely,

Karl Barth

Karl P. Barth,
*as Receiver of China MediaExpress Holdings, Inc.*

Request GRANTED. The Court's approval of the relief requested in the Receiver's letter dated 9-25-17 (Docket #300) extended to proceeding with the proposed settlements therein described.

SO ORDERED.

11-28-17
DATE

VICTOR MARRERO, U.S.D.J.