

**HAGENS BERMAN**

Karl P. Barth
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
Direct (206) 268-9313
karlb@hbsslaw.com

RECEIVED MAY 11 2018 CHAMBERS OF JUDGE MARRERO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/18

May 10, 2018

The Honorable Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Re:   *In re China MediaExpress Holdings, Inc. Litig.*, No. 11-cv-804 (VM)

Dear Judge Marrero:

I was appointed as Receiver of China MediaExpress Holdings, Inc. ("CCME" or the "Company") by the Court on August 26, 2014. (ECF No. 230). Mr. Charles G. La Bella was appointed by the Court as Special Receiver to oversee the investigation and pursuit of claims against one specific party (ECF No. 298).

As the Court is aware, the claims overseen by Mr. La Bella have been resolved and his duties as Special Receiver have concluded. Accordingly, I am writing to request that Mr. La Bella be awarded his professional fees and reimbursement of expenses in the total amount of $57,585.94 from the assets of the Company that are currently in my possession. In support of this request, I am attaching the Declaration of Charles G. La Bella, which describes Mr. La Bella's duties and provides detailed records of the time he spent on this project. Because of the confidentiality of the specific responsibilities of Mr. La Bella pursuant to the Court's February 13, 2018 Order (Dkt. # 306), **I respectfully request that confidential treatment be accorded Mr. La Bella's Declaration**.

I have reviewed Mr. La Bella's Declaration and exhibit thereto, and am generally familiar with his role and duties as Special Receiver. I believe that his requested fees and expenses are reasonable and request authorization from the Court to pay Mr. La Bella in the amount of $57,585.94 from the Receivership account.

Sincerely,

Karl P. Barth

*Request GRANTED. Receiver Karl Barth is authorized to pay the Special Receiver for his services in this matter in the amount set forth above.*

SO ORDERED.

5-11-18
DATE      VICTOR MARRERO, U.S.D.J.

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   MINNEAPOLIS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.